UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | Cr. No.  1:23-cr- 112-01-PB-AJ |
| ) | |
| CHARLES GLENN    ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 6th day of December, 2023.

This 6th day of December, 2023.

        DARCIE N. MCELWEE
        United States Attorney
        District of Maine

   By:  */s/David B. Joyce*
       David B. Joyce
       Special Attorney to the United States Attorney General
       Acting Under Authority Conferred by 28 U.S.C. § 515

WARRANT ISSUED: _____