UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> CHARLES GLENN ) <br> ) | NO. 1:23-cr-112-PB-01 |

## WAIVER OF IAD ANTISHUTTLING RIGHTS

I, Charles Glenn, the defendant in this case, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree as follows:

1. I have been sentenced to a term of imprisonment by a state court in the State of New Hampshire. I have not completed serving that sentence.

2. I now face federal charges for transmitting a threatening interstate communication and mailing a threatening communication in the above-captioned matter, and, for that reason, I agree to be taken into federal custody and brought to the United States District Court for the District of New Hampshire, located in Concord, New Hampshire for any and all hearings and/or trial.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not returned to state custody, until the trial (or guilty plea) on the federal charges is completed and the federal sentence has been imposed.

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial and/or sentencing on the federal charges.

Dated: December 13, 2023

/s/ Charles Glenn by BLF with permission
Charles Glenn
Defendant

/s/ Benjamin L. Falkner
Benjamin L. Falkner
Attorney for Defendant