UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 1:23-cr-112-PB-01 |
| ) | |
| CHARLES GLENN ) | |

## MOTION FOR STATUS OF COUNSEL HEARING

Defendant Charles Glenn hereby moves this court for a status of counsel hearing. Glenn relies upon the following:

1. This matter is scheduled for jury selection on May 7, 2024, with a final pretrial on April 23, 2024.

2. The defendant has communicated to counsel that he believes there has been an irretrievable breakdown in the attorney-client relationship.

3. The defendant has communicated to counsel through a family member that he will not entertain a phone call with counsel in order to seek to resolve the breakdown.

4. Counsel cannot visit with Mr. Glenn in a timely fashion, as counsel has in-court obligations on Thursday, April 11, 2024 and will be out of state on April 18, 2024, and Thursday is the only day of the week that counsel is authorized to visit Glenn who is incarcerated at the Northern New Hampshire Correctional Facility.

5. Given the upcoming court dates and related filing deadlines defense counsel respectfully request that this Court schedule a hearing on the status of counsel as soon as possible.

6. Counsel notes that, in the absence of this motion, he would be filing a motion to continue trial, as the Court just granted counsel access to a sealed docket which would be relevant to any potential motion to suppress.[1]

7. Pending such hearing it is requested that current pre-trial filing deadlines be tolled.

8. Undersigned counsel hereby certifies, pursuant to L.R. 7.1(c), that a good faith attempt has been made to obtain concurrence in the relief sought. Counsel to the Government has informed undersigned counsel that it takes no position with regard to the status of counsel but has no objection to a continuance.

**WHEREFORE**, for all the foregoing reasons, Defendant Charles Glenn respectfully requests that this Court GRANT the within motion and (A) SCHEDULE a status of counsel hearing, (B) STAY and extend pre-trial filing deadlines, and (C) GRANT any other appropriate relief.

---

[1] This case arises of attorney-client communications, albeit allegedly threatening ones.

Defendant
Charles Glenn
By his Attorney,

*/s/ Benjamin L. Falkner*
Benjamin L. Falkner (NH Bar No. 17686)
KRASNOO, KLEHM & FALKNER LLP
28 Andover Street, Suite 240
Andover, MA  01810
(978) 475-9955 (telephone)
(978) 474-9005 (facsimile)
bfalkner@kkf-attorneys.com

Dated:  April 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the within document upon the attorney of record for every other party via the Court's ecf system on April 8, 2024. I further certify that I served a true copy of the within document upon the defendant via first class mail, postage prepaid on April 8, 2024.

*/s/ Benjamin L. Falkner*
Benjamin L. Falkner