IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

CASE NO. 23-cr-00112-PB

CHARLES GLENN

**Defendant's Assented to Motion to Continue Trial and Exclude Time under the Speedy Trial Act**

Now comes the defendant, Charles Glenn, by and through undersigned counsel, and hereby moves to continue the trial date, currently scheduled for June 4, 2024, to a date in **October, 2024** that convenient for the Court and the parties. As grounds for this motion, the defendant, through counsel, states the following:

1. On December 6, 2023, a grand jury issued an indictment charging Glenn with transmitting a threatening interstate communication, in violation of 18 U.S.C. § 875(c), and mailing a threatening communication, in violation of 18 U.S.C. § 876(c) (ECF No. 1).

2. On December 22, 2023, this Court appointed Attorney Benjamin Falkner to represent Mr. Glenn. The appointment was *nunc pro tunc* to December 12, 2023.

3. Glenn waived arraignment (ECF No. 7) and the trial was initially scheduled for February 6, 2024.

4. On January 16, 2024, Attorney Falkner filed an assented-to motion to continue trial (ECF No. 9). The motion was granted, and trial was rescheduled for May 7, 2024.

5. On April 8, 2024, Attorney Falkner file a motion for status of counsel hearing (ECF No. 12).

6. After a hearing on April 30, 2024, Attorney Falkner was allowed to withdraw and undersigned counsel was appointed to the matter.

1

7. The requested continuance will allow counsel for Mr. Glenn to continue his review of the case file including documents filed under seal, meet with Mr. Glenn, potentially file any dispositive motions, and to prepare for trial.

8. Undersigned is requesting August 12, 2024 as a date to file dispositive motions, and a date in October, 2024 for jury trial.

9. AUSA David Joyce assents to this request for continuance.

10. Pursuant to L.R. 12.1(d), undersigned counsel hereby certifies that (A) he has consulted with Mr. Glenn about the within-requested continuance, (B) he has explained to Glenn that, by seeking a continuance, Glenn is waiving his constitutional and statutory rights to a speedy trial, (C) Glenn has personally assented to the continuance, and (D) undersigned counsel is forthwith mailing to Glenn a copy of this motion to continue.

**WHEREFORE**, for the reasons stated herein, the defendant agrees to exclude from all calculations under the Speedy Trial Act all time from the date of this motion to and including the new date for the trial, pursuant to 18 U.S.C. § 3161(h)(8)(A). Furthermore, Defendant Charles Glenn respectfully requests that this Court GRANT the within motion and CONTINUE trial to October, 2024, with a due date of August 12, 2024 to file dispositive motions.

CHARLES GLENN                                              Dated: May 29, 2024
By his attorney,

/s/ Mark W. Shea
Mark W. Shea
929 Massachusetts Avenue, Suite 200
Cambridge MA  02139-3134
617.577.8722
markwshea@shearock.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2024.

/s/ Mark W. Shea
MARK W. SHEA