UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No. 23-cr-112-01-PB-AJ

Charles Glenn

ORDER

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial Conference is rescheduled to September 16, 2024 at 3:00 PM.  Trial is continued to the two-week period beginning October 1, 2024, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            By the Court,

                                            __/s/Paul Barbadoro_____
                                            Paul Barbadoro
                                            United States District Judge

Date: May 31, 2024

cc:   U.S. Marshal
       U.S. Probation