UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
) No. 1:23-cr-00112-PB-AJ
v. )
)
CHARLES GLENN )
)

# **SUPERSEDING INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**
[18 U.S.C. § 875(c) – Transmitting a Threatening Interstate Communication]

On or about December 1, 2020, in the District of New Hampshire, the defendant,

**CHARLES GLENN**,

knowingly, willfully and recklessly transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, **GLENN** utilized a telephone at the New Hampshire State Prison to contact Victim #1 in Massachusetts. In the communication, **GLENN** stated, "I'm going to get one of your kids killed."

All in violation of Title 18, United States Code, Section 875(c).

# COUNT TWO

[18 U.S.C. § 876(c) – Mailing a Threatening Communication]

On or about December 1, 2020, in the District of New Hampshire, the defendant,

**CHARLES GLENN**,

knowingly and with intent to threaten, caused a communication addressed to Victim #1 to be delivered by the Postal Service according to the directions thereon. The document contained a threat to injure Victim #1's child.

All in violation of Title 18, United States Code, Section 876(c).

Dated: August 21, 2024

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

DARCIE N. MCELWEE
United States Attorney
District of Maine

By: /s/David B. Joyce
David B. Joyce
Special Attorney to the United States Attorney General
Acting Under Authority Conferred by 28 U.S.C. § 515