UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) No. 1:23-cr-00112-PB-AJ |
| CHARLES GLENN | )<br>) |
| Defendant | )<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the United States of America in the above-captioned case. All future filings and notices should also be sent to the undersigned.

Date: October 30, 2024

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney
District of Maine

By: */s/Sheila W. Sawyer*
Sheila W. Sawyer
Special Attorney to the United States Attorney General
Acting Under Authority Conferred by 28 U.S.C. § 515

United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
Sheila.Sawyer@usdoj.gov

1

CERTIFICATE OF SERVICE

       I hereby certify that on October 30, 2024, I filed the above Notice of Appearance using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

       DARCIE N. MCELWEE
       United States Attorney
       District of Maine

By:    */s/Sheila W. Sawyer*
       Sheila W. Sawyer
       Special Attorney to the United States Attorney General
       Acting Under Authority Conferred by 28 U.S.C. § 515

       United States Attorney's Office
       100 Middle Street, East Tower, 6th Floor
       Portland, ME 04101
       Sheila.Sawyer@usdoj.gov