

Mark Shea <markwshea@gmail.com>

## RE: Concerning Charles Glenn and his upcoming hearing URGENT!!

**Dan Lynch** <Daniel_Lynch@nhd.uscourts.gov>  Thu, Oct 31, 2024 at 11:38 AM
To: Mark Shea <mark@markshealaw.com>, Ashley George <ashxo29@icloud.com>
Cc: "markwshea_gmail.com" <markwshea@gmail.com>

Thank you Attorney Shea.  Although this email string was initiated by Ms. George, I will assure it gets forwarded to the correct Attorney Mark Shea.

_____
Daniel J. Lynch
Clerk of Court
United States District Court
District of New Hampshire
603-225-1477


-----Original Message-----
From: Mark Shea <mark@markshealaw.com>
Sent: Thursday, October 31, 2024 11:09 AM
To: Ashley George <ashxo29@icloud.com>
Cc: Dan Lynch <Daniel_Lynch@nhd.uscourts.gov>
Subject: RE: Concerning Charles Glenn and his upcoming hearing URGENT!!

CAUTION - EXTERNAL:


I am not involved in this case whatsoever.   Please make sure to be sending to the correct attorney involved in this matter.

           Mark Shea


Mark C. Shea
Law Office of Mark C. Shea, P.C.
75 Executive Dr., Suite 421
Aurora, IL 60504
Phone: (630) 892-4344
Fax: (630) 892-4371
E-mail: mark@markshealaw.com



The information contained in this message is privileged and/or confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately.

-----Original Message-----
From: Ashley George <ashxo29@icloud.com>
Sent: Thursday, October 31, 2024 9:33 AM
To: Mark Shea <mark@markshealaw.com>
Cc: daniel_lynch@nhd.uscourts.gov
Subject: Concerning Charles Glenn and his upcoming hearing URGENT!!

To whom it may concern,

Charles Glenn spoke to Jean this morning, he needs a continuance, he has no documentation concerning any federal representation because he's been transferred to concord and is being held in solitary confinement pending his return of a transport to Berlin where he will then have access to his documents. So u less you can get a court order to get back to Berlin so he can have access to his documents he won't be ready for court Monday he is respectfully requesting it be continued for 30 days so he has time to prepare and is moved back to Berlin and has access to the paperwork. Narrated by Charles

Sincerely,
Ashley (spouse)
C/O Charles Glenn
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.