UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No. 23-cr-112-01-PB

<u>Charles Glenn</u>

<u>ORDER</u>

The court hereby continues the trial presently scheduled for September 16, 2025. A continuance of the trial is required to permit the court to evaluate the defendant's competency to stand trial. Final Pretrial Conference is rescheduled to November 17, 2025 at 2:00 p.m. Trial is continued to the two-week period beginning December 2, 2025, 9:30 a.m.

The court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv).

    SO ORDERED.

                                          By the Court,

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

Date: September 5, 2025

cc:   U.S. Marshal
       U.S. Probation