**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Tracy A. Uhrin, Clerk of Court
Karen A. Gorham, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 22, 2026

To: Daniel Joseph Cloherty, Esq.

From: Jennifer Bartlett, Deputy Clerk

Re: USA v. Charles Glenn, Case No. 23-cr-112-01-PB-AJ

Enclosed find exhibit(s) listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: Exhibits for Suppression Hearing held on 8/20/2025

*****************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: ______________________ By: _______________________________

Counsel for: ____________________________________