****NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 9-21-2026**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA

v.

CHARLES GLENN

23-cr-112-01-PB
February 10, 2026
12:47 p.m.

* * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF CHANGE OF PLEA AND SENTENCING HEARING
AFTER THE RECESS
BEFORE THE HONORABLE PAUL J. BARBADORO

APPEARANCES:

For the Government: David Joyce, AUSA
U.S. Attorney's Office
Portland, Maine

For the Defendant: Daniel Cloherty, Esq.
Cloherty & Steinberg, LLP

Probation: Sean Buckley

Court Reporter: Susan M. Bateman, RPR, CRR
Official Court Reporter
United States District Court
55 Pleasant Street
Concord, NH 03301
(603) 225-1453

P R O C E E D I N G S

THE CLERK: This hearing is back in session in the matter of the United States of America versus Charles Glenn, 23-cr-112-01-PB.

THE COURT: Mr. Cloherty, did you have a chance to review the supervised release conditions with your client?

MR. CLOHERTY: I did, your Honor.

THE COURT: Are they acceptable to him?

MR. CLOHERTY: They are, your Honor.

THE COURT: Do you agree, Mr. Glenn?

THE DEFENDANT: Yes.

THE COURT: All right.

Acceptable to the government?

MR. JOYCE: Yes, your Honor.

THE COURT: All right.

So those conditions will be imposed.

Let me ask the government to address the 1514. You've indicated you're prepared to make an oral motion, and I am prepared to grant that motion and enter a three year order, but I would like you to review the statute and to draft the proposed order for me and submit it, say, within the next seven days. Sooner, if possible.

Is that acceptable to you?

MR. JOYCE: That is absolutely acceptable.

THE COURT: All right.

Is there anything else you want to take up with me?

MR. JOYCE: There is nothing further to take up.

I take it that was my oral motion, and I will submit an order.

THE COURT: Okay. Good.

Your oral motion is granted. I'll get an order. I'll get that out.

Review it with Mr. Cloherty. If he has some objections, I can get a status conference by Zoom on it, but I expect it won't be a problem. All right.

MR. JOYCE: Nor do I, your Honor.

THE COURT: All right.

Mr. Cloherty, is there anything else you want to take up?

MR. CLOHERTY: Nothing else, your Honor.

THE COURT: All right.

So that concludes the proceeding.

I do hope for the best for you, Mr. Glenn. I really do. It's still a difficult road ahead for you, but if you make the commitments that you've talked about making, I think that will be better for you. That's what I hope happens. The best possible outcome for you.

I do want to take a moment to thank the lawyers.

This has been a difficult case for me, and I've made it difficult for you and I recognize that.

Mr. Green, you haven't been in here from the beginning but -- well, I guess you -- were you in in the beginning and then out? I can't remember.

MR. JOYCE: No, no.

THE COURT: Okay.

MR. JOYCE: That's my doppelganger David Joyce.

THE COURT: All right. There we go. Yeah.

But I do appreciate the professionalism you brought to the case and your care and attention to detail.

So as a visitor, I thank you for that. I know you've had to make the long trips down.

I especially want to thank you, Mr. Cloherty. You didn't have to take this case. You're not a member of the New Hampshire Bar. You knew what it was going to be like, you knew it was going to be difficult, and you agreed to do it anyway.

I didn't have any contact with you before this and know you, and your willingness to step up and do it and to exhibit extraordinary patience under difficult circumstances is something I appreciate.

You were careful, you were professional, but above everything else you showed great empathy for your client even in difficult circumstances and continued to argue for his interests no matter what.

I really appreciate that. So thank you.

MR. CLOHERTY: I appreciate being here, your Honor.

I know I'm a guest in this court, and it's been a privilege to spend some time here and get to know not just you but the staff people here.

THE COURT: It's a good staff, yeah.

MR. CLOHERTY: I had more contact with them than I would normally have in an ordinary case, including the marshal's office, but I appreciate the courtesy that everybody has shown me here.

THE COURT: All right.

Well, good luck, Mr. Glenn.

Thank you to the lawyers.

That concludes this proceeding.

(Conclusion of hearing at 12:54 p.m.)

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted: 6-22-26 /s/ Susan M. Bateman
SUSAN M. BATEMAN, RPR, CRR