US DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2026 SEP 4 AM11:24

Defendant
Charles Glenn
v.

Case No: 1:23-CR-112-PB

UNITED STATES OF AMERICA

# MOTION TO WITHDRAW PLEA.

Now Comes Petitioner Charles Glenn And Pro-se In this motion for the Forgoing Reasons Below.

Petitioner Humbly asks that this Court allow petitioner To Withdraw his Plea for Reasons Such as **Plain Error**
And Not fully Assessing "Mental Competency" 18 U.S.C 4241

1, Petitioner Was Indicted And Charged With Violations 18 USC 875 And 18 USC 876

2, Petitioner's Competency Was Evaluated and Initially there Were Reservations Concerning Competency - By Dr Eric Mart.

3. A few Test were Done By federal Psychologist Katherine Sudner While Petitioner was in Federal Custody at Butner Medical facility

4. What was Never Conducted was Any testing that Had to do With "BRAIN Damage" OR "TRAMATIC BRAIN Injury"

5. Petitioner Had a "STROKE" Just week's Before The Alledged 2020 threat.

6. Petitioner was Treated with TPA a plasma activator that Désolve's Clots,, And Petitioner was Hospitalized for Six Days.

7. Petitioner was a football player at a Young age And Had head and Neck Injury's So Severe that four of Petitioner's Cirvicle Spine Osefied together "fused" due to trama.

8. The Plan Error and What this Honarable Court overlooked Is the Report By DR Ramirez-

9. Dr Ramirez Assessed Petitioner Before Court and then Reported to this Honorable Court a Medical Regiment that Would Protect Petitioner's Sixth Amendment Right to meaningfully participate in the proceedings, And protect the 5th Amendment Right to "Self Incrimination"

10. Petitioner and Counsel Both Agreed this was a Good Decision By the Court

11. What was over looked was Dr Ramirez Report where Dr Ramirez flags for the potential for a Brain Injury ..

12. Both Dr Sundner And Highly Esteemed Dr Eric Mart Had Never Tested, Evaluated OR Assessed Petitioner for A Tramatic Brain Injury. Or Brain Damage.

13. Tramatic Brain Injury's Could Give Great weight To Competency OR Incompetency.

14. What Can't Be over looked By Petitioner's Honorable Court Is after a finding of Competency By the

Court another Highly Esteemed medical and forensic Dr Ramirez then "Sound the Alarm" for potential traumatic Brain Injury Imediatlly After The Competency Finding.

15. This Court without Carefull Analysis Can not allow Petitioner's Guilty plea to Stand

16. Pleas Not have to be done Voluntaraly and Knowingly But By a 100 percent Competent person..

17. Petitioner Tried to Call Attorney "Daniel Clohrity" Before Sending this in But the Pennsylvania Dept of Curruption/Corrections Will Not Allow Attorney Daniel Clohrity Number As a Attorney Number and Will Not allow petitioner Access to Attorney Clohrity.

18 Attorney Clohrity has Attempted to Contact petitioner Through mail and the Pennsylvania Dept of Corrections Has Sent the mail Back, disallowing petitioner Any Access to his Attorney in this matter.

19, Petitioner Asks that this Honer Hold Petitioner to the Loaste Stringent Standard "Hanies v. Kerner" Petitioner Don't Know the Cite off memmory.

20. In Summary Petitioner Asks that this Court Determine if there is a "Brain Injury", or Damage, the impact that Injury would have on Competency, Ability to Plead and to Assist in a Defence as well as understanding the Proceedings.

Therefore Petitioner Asks:

1, Order the Plea withdrawn and Court order the N.H. Doc to allow petitioner Access to "His Attorney" In the matter, "through" Phone Access, Privledged mail

2, Order the Plea Withdrawn and procede with forensic Testing. "MRI," "BRAIN SCAN"

3 **Order A Hearing In this matter.**

Sign: Charles Glenn
Charles Glenn
8/26/26.

Smart Communications/PADOC
SCI- ALBION
Name Charles Glenn Number QR 7932
PO Box 33028
St. Petersburg, FL 33733

FILED - USDC -NH
2026 SEP 4 AM11:24

PITTSBURGH PA 150
1 SEP 2026 PM 8 L

Inmate Mail
PA Dept of
Corrections

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 16475 $ 000.78⁰
02 7W
0008045011 AUG 31 2026

USMS SCREENED

U-S District Court
~~[illegible]~~ Court Concord Federal
55 pleasant St
Concord, N.H. 0339

AUG 2026

03301-394135