UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

v. Case No. 23-cr-112-01-PB-AJ

Charles Glenn

**ORDER OF RECUSAL**

I recuse myself from presiding over this case.

**SO ORDERED.**

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

September 4, 2026

cc: Counsel of Record